AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 1 2 2018

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tomas HERNANDEZ-Jaramillo | ) | Case No. M-18-2538-M |
| YOB: 1963  Citizenship: MX | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   December 11, 2018   in the county of   Hidalgo   in the
  Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Cocaine |
| 21 U.S.C. § 952 | Illegal Importation of Cocaine |

This criminal complaint is based on these facts:
On December 11, 2018, Tomas HERNANDEZ-Jaramillo was detained attempting to enter the United States through the Progreso, Texas Port of Entry with approximately 22.54 kilograms of cocaine in the tractor-trailer he was driving.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Approved by David A. Lindenmuth*

12/12/18

*Complainant's signature*

Juan J. Flores, Jr. HSI, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/12/2018  8:37 am

*Judge's signature*

City and state:   McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

## Attachment "A"

On December 11, 2018, a tractor-trailer driven by Tomas HERNANDEZ-Jaramillo made entry at the Progreso,Texas Port of Entry through the import lot. HERNANDEZ-Jaramillo vehicle was selected for post primary inspection by Customs and Border Protection Officer (CBPO) V. Martinez. In secondary inspection, the assistance of CBPO J. Salinas and his Narcotics Detection Dog (NDD) was requested and the NDD alerted to the kingin area of the trailer. Further physical inspection of the vehicle revealed a total of 20 packages concealed in the kingpin area of the trailer in a false compartment. The 20 packages weighed approximately 22.54 kilograms and field tested positive for properties of cocaine.

Homeland Security Investigations (HSI) Special Agents (SA) were was advised of the situation. SA's responded to the Progreso, Texas Port of Entry to interview HERNANDEZ-Jaramillo. HSI SA's read HERNANDEZ-Jaramillo his Miranda rights as witnessed by a CBPO. HERNANDEZ-Jaramillo waived his rights in writing and elected to speak to the HSI SA's. HERNANDEZ-Jaramillo admitted knowledge of the illegal narcotics in the tractor-trailer he was driving. He stated he was hired to cross the illegal narcotics from Mexico to the Rio Grande Valley area. HERNANDEZ-Jaramillo stated he was going to be paid $2000 for his work once he delivered the trailer. According to HERNANDEZ stated he knew there were illegal drugs in the tractor-trailer, he just didn't know what type.